# UNITED STATES DISTRICT COURT
## District of Minnesota

Alan Chacon Eumana

Petitioner,

v.

Pamela Bondi, Kristi Noem, U.S. Department of Homeland Security, Todd M. Lyons, U.S. Immigration and Customs Enforcement, and David Easterwood

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-01286-JRT/SGE**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based on the declaration 17 and email correspondence to chambers and because the Court's Memorandum Opinion and Order 13 and Order to Show Cause 16 have been satisfied, this matter is dismissed.

Date: 3/5/2026

KATE M. FOGARTY, CLERK